IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARON M. OLINER,

    Plaintiff,

  v.

JOHN KONTRABECKI,

    Defendant.
                                    /

No. C 06-00471 WHA

**ORDER OF REFERRAL**

      This action appears to be one of several cases currently pending in the Northern District of California involving the bankruptcy of the Kontrabecki Group Limited Partnership. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Charles Breyer for the purpose of determining whether it is related to *Kontrabecki v. Lehman Brothers Holdings, Inc.*, Case No. 06-00028.

**IT IS SO ORDERED.**

Dated: February 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE