1  Robert R. Moore (State Bar No. 113818)
   Allen Matkins Leck Gamble & Mallory LLP
2  Three Embarcadero Center, 12th Floor
3  San Francisco, CA 94111-4015
   Telephone: (415) 837-1515
4  Facsimile: (415) 837-1516
   rmoore@allenmatkins.com
5
   Robert H. Sloss (State Bar No. 87757)
6  Tyler C. Gerking (State Bar No. 222088)
   FARELLA BRAUN & MARTEL LLP
7  235 Montgomery Street, 30th Floor
   San Francisco, CA 94104
8  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
9  E-Mail: tgerking@fbm.com

10 Attorneys for Defendant
   JOHN KONTRABECKI
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KONTRABECKI,<br><br>   Defendant-Appellant,<br><br>v.<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>   Plaintiffs-Appellees.<br><br>BK Adversary Proceeding No. 03-3264 DM | Case No. 06-00471 CRB<br><br>On Appeal from Bankruptcy Court Adversary Proceeding No. 03-3264 DM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING APPEAL** |
| In re<br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a CEIDCO,<br><br>   Debtor. | Bk. No. 02-30419-11-DM<br>Chapter 11 |
| In re<br>THE KONTRABECKI GROUP LP,<br>   Debtor. | Bk. No. 02-30421-11-DM<br>Chapter 11<br><br>[Administratively Consolidated] |

//

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
DISMISSING APPEAL -- Case No. 06-00471 CRB

17690\962266.1

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(1), it is stipulated by and among the parties, through their counsel of record, that Defendant John Kontrabecki's appeal of the Bankruptcy Court's Order re Civil Contempt Directing John Kontrabecki to Liquidate Mission West Interests, and Denying Motion for Stay, initiated on January 6, 2006 by the filing of a Notice of Appeal and a Statement of Election that the appeal be heard by the U.S. District Court, be immediately dismissed.

STIPULATED AND AGREED.

DATED: June 1, 2006                    HELLER, EHRMAN, WHITE & MCAULIFFE
                                       MCKENNA LONG & ALDRIDGE LLP


                                       By:    /S/ Peter J. Benvenutti
                                              PETER J. BENVENUTTI

                                       Attorneys for Appellee
                                       LEHMAN BROTHERS HOLDINGS, INC.

                                       FARELLA BRAUN & MARTEL LLP


                                       By:    /S/
                                              ROBERT H. SLOSS

                                       Attorneys for Appellant
                                       JOHN KONTRABECKI

### ORDER

The parties stipulate, through their counsel of record, that Defendant John Kontrabecki's appeal of the Bankruptcy Court's Order Order re Civil Contempt Directing John Kontrabecki to Liquidate Mission West Interests, and Denying Motion for Stay, initiated on January 6, 2006 by the filing of a Notice of Appeal and a Statement of Election that the appeal be heard by the U.S. District Court and a Motion for Leave to Appeal, be dismissed. Based on the Stipulation, and good cause appearing therefor,

//

//

//

IT IS HEREBY ORDERED:

1. The Stipulation is APPROVED.

2. The appeal initiated by Mr. Kontrabecki on January 6, 2006 is DISMISSED.

Dated:   June 2, 2006

Charles R. Breyer
DISTRICT COURT JUDGE



Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
DISMISSING APPEAL -- Case No.  06-00471 CRB           - 3 -           17690\962266.1